

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2019

No. 04-19-00210-CV

**IN RE** Justin **HALL**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
              Luz Elena D. Chapa, Justice
              Beth Watkins, Justice

This court abated this cause to allow Judge Veronica Vasquez, as respondent in this original proceeding, to rule *de novo* on Frances A. Hall's "Plea to the Jurisdiction and, In the Alternative, Motion for Traditional Summary Judgment." On June 28, 2019, respondent signed an order stating, in part, that relator's "Motion to Reconsider Prior Judge's Order Granting Frances A. Hall's Plea to the Jurisdiction is DENIED." Relator filed a motion requesting an extension of time in which to file an amended petition for writ of mandamus. On July 2, 2019, this court granted relator's motion for extension of time and ordered relator file in this court, no later than July 15, 2019, either (1) an amended petition and appendix or (2) the appropriate motion to dismiss this mandamus proceeding. Our order cautioned relator that if he did not timely respond, this proceeding would be dismissed for want of prosecution.

On July 24, 2019, relator filed a second motion for extension of time until July 29, 2019. The motion is GRANTED. Relator is ORDERED to file an amended petition for writ of mandamus and an appendix or a motion to dismiss **no later than July 29, 2019. No further extensions of time will be considered. If relator fails to respond, this original proceeding will be dismissed for want of prosecution.**

It is so **ORDERED** on July 25, 2019.

---

[1] This proceeding arises out of Cause No. 2013-PC-3848, styled *In the Estate of Bill Hall, Jr., Deceased*, pending in the Probate Court No 2, Bexar County, Texas. The Honorable Tom Rickhoff signed the order at issue in this proceeding.

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court

**PER CURIAM**